IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID PRIEN-PINTO,<br><br>Defendant. | CR 17–25–M–DLC<br><br><br>ORDER |

THIS MATTER comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture (Doc. 29). The Court having read said Motion and being fully advised on the premises finds that the Defendant David Prien-Pinto admitted the forfeiture allegation at his change of plea hearing held on November 21, 2017, and that the United States and the Defendant entered into a plea agreement that provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d). Accordingly,

IT IS ORDERED that Defendant David Prient-Pinto's interest in a Taurus, Model 94, .22 caliber LR (9 shot) revolver, serial number: WJ31173, is forfeited to the United States in accordance with 18 U.S.C. § 924(d).

IT IS FURTHER ORDERED that the United States Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms, and Explosives are directed to seize the above-described property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice of this Order to all third parties asserting a legal interest in the above-described property and will post this Order and notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The United States shall inform the Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 4th day of December, 2017.

Dana L. Christensen, Chief Judge
United States District Court