IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 17–25–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DAVID PRIEN-PINTO, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 33). Defendant has admitted the forfeiture allegation contained in the indictment and this Court issued a Preliminary Order of Forfeiture on December 4, 2017. (Docs. 28; 31.) The United States explains that the firearm referred to in the Indictment (Doc. 2 at 2) for forfeiture and subject to the Preliminary Order of Forfeiture (Doc. 31 at 1), a Taurus, Model 94, .22 caliber LR (9 shot) revolver, serial number: WJ31173, was "administratively forfeited by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, and will be returned to the rightful innocent owner upon the conclusion of this matter." (Doc. 34 at 2.) As a result, there is no firearm to be judicially forfeited in this matter. Accordingly,

IT IS ORDERED that the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 33) is GRANTED.

IT IS FURTHER ORDERED that this Court's December 4, 2017, Preliminary Order of Forfeiture (Doc. 31) is VACATED.

IT IS FURTHER ORDERED that the forfeiture allegation in this matter is DISMISSED WITH PREJUDICE.

DATED this 20th day of December, 2017.

Dana L. Christensen, Chief Judge
United States District Court