IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID PRIEN-PINTO,<br><br>Defendant. | CR 17–25–M–DLC<br><br><br><br>ORDER |

Due to the COVID-19 outbreak, and upon the Court's Own Motion,

IT IS ORDERED that the final revocation hearing currently scheduled for Thursday, October 14, 2021 at 1:00 p.m. is VACATED and RESET to commence via video from Cascade County Detention Center on Thursday, October 14, 2021 at 1:00 p.m.  If the Defendant objects to this hearing being held via video, he shall file a notice of objection on or before October 11, 2021.

The Clerk shall notify counsel and the U.S. Marshals Service of this Order.

DATED this 4th day of October, 2021.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court