IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID PRIEN-PINTO,<br><br>Defendant. | CR 17–25–M–DLC<br><br><br><br>ORDER |

During the Final Hearing on Revocation of Supervised Release in the above-captioned matter on October 14, 2021 and in the Judgment issued thereafter, the Court imposed the following condition of supervised release as Special Condition Number 9:

"You shall reside in a Residential Reentry Center under contract to the United States Bureau of Prisons, in the pre-release component, for a period of 60 days. You shall abide by all rules and regulations of the Center and successfully complete any programming as deemed appropriate by the United States Probation Office."

This condition was imposed in error. The Court's intention was to impose the following condition as Special Condition Number 9:

"You shall reside in a Residential Reentry Center under contract to the United States Bureau of Prisons for a period of 6 months. You must abide by all

1

rules and regulations of the Center and successfully complete any programming as directed by the probation officer."

The Court will issue an Amended Judgment imposing the intended condition as Special Condition Number 9.

DATED this 14th day of October, 2021.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court